**Fill in this information to identify your case:**

| Debtor 1 | **Levi** | **G.** | **McCathern, II** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)  **18-31615-SGJ11**

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**   **Post Oak Bank**
Creditor's name
**P.O. Box 22009**
Number     Street

**Houston**    **TX**    **77227-2009**
City     State     ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Personal Guarantee**     **$1,483,264.06**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): _____
     Value of security − _____
     Unsecured claim: _____

**2**   **Capital One/Neiman Marcus**
Creditor's name
**26525 N. Riverwoods Blvd.**
Number     Street

**Mettawa**    **IL**    **60045**
City     State     ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Lawsuit**     **$75,739.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): _____
     Value of security − _____
     Unsecured claim: _____

Debtor 1 **Levi G. McCathern, II** _____ Case number (if known) **18-31615-SGJ11**

| | | | |
|---|---|---|---|
| | | | **Unsecured claim** |

| **3** | **Barclay's Bank Delaware** | What is the nature of the claim? **Credit Card** | **$75,000.00** |
|---|---|---|---|

Creditor's name
**P.O. Box 8803**
Number       Street

**Wilmington       DE       19899**
City       State       ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Credit Card**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.   Total claim (secured and unsecured):   _____
         Value of security   − _____
         Unsecured claim:   _____

| **4** | **Chase Card** | What is the nature of the claim? **Credit Card** | **$51,081.00** |
|---|---|---|---|

Creditor's name
**P.O. Box 15298**
Number       Street

**Wilmington       DE       19850**
City       State       ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Credit Card**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.   Total claim (secured and unsecured):   _____
         Value of security   − _____
         Unsecured claim:   _____

| **5** | **Business Insurance Consultants** | What is the nature of the claim? **Insurance** | **$20,245.50** |
|---|---|---|---|

Creditor's name
**P.O. Box 2590**
Number       Street

**Fort Smith       AR       72902**
City       State       ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Insurance**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.   Total claim (secured and unsecured):   _____
         Value of security   − _____
         Unsecured claim:   _____

| **6** | **Bank of America** | What is the nature of the claim? **Credit Card** | **$17,097.00** |
|---|---|---|---|

Creditor's name
**P.O. Box 982238**
Number       Street

**El Paso       TX       79998**
City       State       ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Credit Card**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.   Total claim (secured and unsecured):   _____
         Value of security   − _____
         Unsecured claim:   _____

Debtor 1   **Levi G. McCathern, II**         Case number (if known)  **18-31615-SGJ11**

| | | | Unsecured claim |
|---|---|---|---|
| **7** | **Citibank AAdvantage World Mastercar** | What is the nature of the claim?   **Credit Card** | **$8,497.00** |

Creditor's name
**c/o United Collection Bureau, Inc.**
Number      Street
**P.O. Box 140310**

**Toledo**      **OH**    **43614**
City       State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
**Does the creditor have a lien on your property?**
☒ No
☐ Yes.   Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

---

| **8** | **The Speer Kipp Group, PLLC** | What is the nature of the claim?   **Services Rendered** | **$3,000.00** |
|---|---|---|---|

Creditor's name
**13355 Noel Rd., LB 13**
Number      Street

**Dallas**      **TX**    **75240**
City       State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
**Does the creditor have a lien on your property?**
☒ No
☐ Yes.   Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

---

| **9** | **PlainsCapital Bank** | What is the nature of the claim?   **Personal Loan** | **$2,233.66** |
|---|---|---|---|

Creditor's name
**P.O. Box 93600**
Number      Street

**Lubbock**      **TX**    **79493-3600**
City       State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
**Does the creditor have a lien on your property?**
☒ No
☐ Yes.   Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

---

| **10** | **Robert Morgan, DDS** | What is the nature of the claim?   **Medical Expense** | **$350.00** |
|---|---|---|---|

Creditor's name
**375 Municipal St., Suite 104**
Number      Street

**Richardson**      **TX**    **75080**
City       State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
**Does the creditor have a lien on your property?**
☒ No
☐ Yes.   Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

Debtor 1    **Levi G. McCathern, II**                                    Case number (if known)  **18-31615-SGJ11**

| | | | | Unsecured claim |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **11** | **Benjamin J. Albritton, Psy.D.**<br>Creditor's name<br>**8117 Preston Rd., Suite 682**<br>Number          Street<br><br>**Dallas          TX     75225**<br>City              State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim?  **Medical Expense**<br>As of the date you file, the claim is:  Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes.  Total claim (secured and unsecured): _____<br>             Value of security        – _____<br>             Unsecured claim:            _____ | $350.00 |
| **12** | **Sinus Registry**<br>Creditor's name<br>**P.O. Box 12920**<br>Number          Street<br><br>**Belfast          ME     04915**<br>City              State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim?  **Medical Expense**<br>As of the date you file, the claim is:  Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes.  Total claim (secured and unsecured): _____<br>             Value of security        – _____<br>             Unsecured claim:            _____ | $250.00 |
| **13** | **Dermatology Treatment Center**<br>Creditor's name<br>**c/o Credit Systems Intl., Inc.**<br>Number          Street<br>**1277 Country Club Ln.**<br><br>**Fort Worth      TX     76112**<br>City              State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim?  **Medical Expense**<br>As of the date you file, the claim is:  Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes.  Total claim (secured and unsecured): _____<br>             Value of security        – _____<br>             Unsecured claim:            _____ | $115.00 |

## Part 2:   Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X _____
Levi G. McCathern, II, Debtor 1                      Signature of Debtor 2

Date  **05/16/2018**                                    Date _____
      MM / DD / YYYY                                        MM / DD / YYYY